UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN M. FOX,

       Plaintiff,                                 Case No. 1:07-cv-956

v.                                                  Hon. Robert J. Jonker

TRAVERSE CITY AREA PUBLIC
SCHOOLS BOARD OF EDUCATION, et al,

       Defendants.
_____/

**ORDER**

Pending before the court is Plaintiff's Motion to Compel Discovery and Require Defendants to Designate Representatives to Testify Pursuant to FRCP 30(B)(6) (docket no. 32). For the reasons more fully stated on the record at the hearing held this date, the motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Dated: August 27, 2008                                /s/ Hugh W. Brenneman, Jr.
                                                                HUGH W. BRENNEMAN, JR.
                                                                United States Magistrate Judge