UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN M. FOX,

       Plaintiff,                          Case No. 1:07-CV-956

v.                                          Hon. Robert J. Jonker

TRAVERSE CITY AREA PUBLIC
SCHOOLS BOARD OF EDUCATION,
et al,

       Defendants.
_____/

**ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT**

On December 10, 2008, this court entered an order (docket no. 56) denying plaintiff's second motion to amend her complaint, except insofar as the court allowed her to drop Counts IV (Improper Interference With Employment Contract) and Count V (Civil Conspiracy) from the original complaint. Notwithstanding this order, plaintiff on the same day, and in apparent derogation of the court's order, then filed as an amended complaint (docket no. 57) the proposed complaint the court had just rejected. Defendants brought this to the court's attention in their Motion to Strike Amended Complaint (docket no. 58).

Defendants' motion to strike (docket no. 58) is GRANTED, and the amended complaint filed December 10, 2008 (docket no. 57) is STRICKEN for the reasons previously set

1

forth in the court's order of December 10, 2008 (docket no. 56).  The case will proceed on the original complaint filed September 26, 2007 (docket no. 1), minus Counts IV and V.

    IT IS SO ORDERED.


Dated:  December 18, 2008                               /s/ Hugh W. Brenneman, Jr.
                                                                 HUGH W. BRENNEMAN, JR.
                                                                 United States Magistrate Judge